U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
5:15 P. M
APR 28 2008
n. James
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

KALVIN SIMS,                          :
                                      :
              Plaintiff,              :
                                      :
       v.                             :          CIVIL ACTION NO.: CV508-015
                                      :
Correctional Officer L. HARRIS;       :
DEPARTMENT OF CORRECTIONS,            :
and D. RAY JAMES, Private Prison,     :
                                      :
              Defendants.             :

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the Georgia Department of Corrections and D. Ray James Prison are **DISMISSED**.

**SO ORDERED**, this 28th day of APRIL, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)