IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

KALVIN SIMS, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV508-015
 )
CORRECTIONAL OFFICER LINDA )
HARRIS, )
 )
    Defendant. )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 50), to which no objections have been filed.[1] After a careful review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation. Therefore, the Court **ADOPTS** as its Opinion the Report and Recommendation of the Magistrate Judge. Accordingly, Defendant's Motion to Dismiss is **GRANTED** and Plaintiff's Complaint is **DISMISSED**.

SO ORDERED this 5th day of August, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Objections to the Report and Recommendation were filed by a purported "jailhouse lawyer." (Doc. 52.) However, Plaintiff filed a "Motion to Dismiss Objections," claiming that he did not authorize any objections. (Doc. 55.) The Magistrate Judge granted Plaintiff's Motion and dismissed the unauthorized objections. Therefore, there are no pending objections to the Report and Recommendation.